IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE, INC., DALE B. WOLF, SHAWN M. GUERTIN, and JOHN J. RUHLMANN,<br><br>Defendants. | CIVIL ACTION NO.<br><br>09-cv-02337-AW |

### JOINT MOTION FOR APPROVAL OF PROPOSED PRETRIAL ORDER NO. 1

Pursuant to Local Rule 103.9, the parties in the above-captioned case hereby jointly request a consolidation of related actions and an establishment of schedule. In support of this request, the parties state the following:

1. The putative class action complaint in this action was filed on September 3, 2009, and alleges claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

2. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which applies to this case, following a 60-day period during which persons may move the Court for appointment as "Lead Plaintiff," the Court will appoint a Lead Plaintiff for this action and any other that are consolidated with it.

3. The parties have conferred and agreed upon the attached Proposed Pretrial Order No. 1 as a proposal to organize this putative class action and effect the schedule contemplated by the PSLRA.

4. The parties agree that the Defendants are not required to respond to any complaint in this action until forty-five (45) days after the consolidated complaint is filed. The parties respectfully request that the Court enter Proposed Pretrial Order No. 1.

Dated: October 13, 2009

| MORGAN, LEWIS & BOCKIUS LLP | BROWN GOLDSTEIN AND LEVY LLP |
|---|---|
| BY: | BY: |
| *[signature]* | *[signature]* |
| Grace E. Speights (Bar No. 05254) | Daniel Frank Goldstein (Bar #01036) |
| 1111 Pennsylvania Avenue, N.W. | Dana Whitehead McKee (Bar #04447) |
| Washington, D.C. 20004 | 120 E Baltimore St Ste 1700 |
|  | Baltimore, MD 21202-6701 |

OF COUNSEL:
Marc J. Sonnenfeld
Karen Pieslak Pohlmann
1701 Market Street
Philadelphia, PA 19103
Telephone: 216-963-5000
Fax: 215-963-5001

Attorneys for Defendants
Coventry Health Care, Inc., Dale B. Wolf,
Shawn M. Guertin, and John J. Ruhlmann

OF COUNSEL:
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: 631-367-7100
Fax: 631-367-1173

Jacqueline A. Kelly
SULLIVAN, WARD, ASHER & PATTON, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248-746-0700
Fax: 248-746-2760

Attorneys for Plaintiff