IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COVENTRY HEALTH CARE, INC., DALE B. WOLF, SHAWN M. GUERTIN, and JOHN J. RUHLMANN, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 09-cv-02337-AW |

___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

OCT 15 2009

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

STIPULATION RE: PRETRIAL ORDER NO. 1

WHEREAS, presently pending before this Court is *Plumbers Local No. 98 Defined Benefit Pension Fund, et al.*, Civil Action No. 02337, filed on September 3, 2009, a putative class action alleging securities fraud claims;

WHEREAS, the *Plumbers Local No. 98 Defined Benefit Pension Fund* plaintiff seeks to represent a class of persons who purchased the common stock of Coventry Health Care, Inc. ("Coventry") from February 9, 2007 through October 22, 2008;

WHEREAS, the above-referenced securities class action names Coventry, Dale B. Wolf, Shawn M. Guertin and John J. Ruhlmann as Defendants;

WHEREAS, plaintiff's counsel, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), published notice to purported members of the class advising them of the pendency of the action and their right to move this Court to serve as lead plaintiff not later than sixty days; and

WHEREAS, it is possible, based on press releases issued by other law firms, that other complaints may be filed by plaintiffs seeking to represent a class of persons who purchased the common stock of Coventry and asserting securities fraud claims against the same Defendants arising out of the same set of facts;

NOW, THEREFORE, THE COURT ORDERS as follows:

1. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten (10) days after the date on which a copy of the Order is mailed to the party's counsel.

2. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. The Clerk shall:

    (a) place a copy of this Order in the separate file for such action;

    (b) serve on plaintiffs' counsel in the new case a copy of this Order;

    (c) direct that this Order be served upon Defendants in the new case; and

    (d) make the appropriate entry in the Master Docket.

3. This Order is entered without prejudice to the rights of any party to apply for any claim or action, for good cause shown.

### MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. 09-02337 shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| In re Coventry Health Care, Inc. Securities Litigation | : : : : | Master File No. 09-02337 |
|---|---|---|
| This Document Relates To: | : | |

6. The file in Civil Action No. 09-02337 shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action (e.g., "No.( ))."

7. Marc J. Sonnenfeld, Esquire, and Karen Pieslak Pohlmann, Esquire, of Morgan, Lewis & Bockius LLP are authorized to accept service on behalf of Defendants, and do hereby accept service of the Summons and Complaint in this action without prejudice and without waiver of Defendants' defenses except as to sufficiency of service of process.

8. Pretrial Order No. 1 shall apply to any related actions that are subsequently filed in, or transferred to this District and consolidated into this action.

9. Defendants need not respond to the pending complaint or any complaints filed in related actions that are subsequently filed in, or transferred to this District and consolidated into this action except as provided in Paragraph 12 below.

10. Pursuant to the PSLRA, notice has been published to purported members of the class advising them of the pendency of the action and their right to move this Court to serve as lead plaintiff not later than sixty days after publication of such notice, or November 2, 2009. 15 U.S.C. § 78u-4(a)(3).

11. Lead Plaintiff(s) shall file a consolidated complaint within forty-five (45) days after the Order of this Court designating Lead Plaintiff(s) and Lead Counsel is entered. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in this action and any action consolidated herein.

12. Defendants shall respond to the consolidated complaint within forty-five (45) days after service. If Defendants file any motions directed at the consolidated complaint, the opposition and reply briefs shall be filed within forty-five (45) days and thirty (30) days, respectively, of that response.

Dated: October 12, 2009

| MORGAN, LEWIS & BOCKIUS LLP | BROWN GOLDSTEIN AND LEVY LLP |
|---|---|
| BY: *Grace E Speights* | BY: *Dana W. McKee* |
| Grace E. Speights<br>Maryland Federal Bar #05254<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004-2541 | Daniel Frank Goldstein (Bar #01036)<br>Dana Whitehead McKee (Bar #04447)<br>120 E Baltimore St Ste 1700<br>Baltimore, MD 21202-6701 |
| OF COUNSEL:<br>Marc J. Sonnenfeld<br>Karen Pieslak Pohlmann<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 216-963-5000<br>Fax: 215-963-5001 | OF COUNSEL:<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>58 South Service Road, Suite 200<br>Melville, New York 11747<br>Telephone: 631-367-7100<br>Fax: 631-367-1173 |
| Attorneys for Defendants<br>Coventry Health Care, Inc., Dale B. Wolf,<br>Shawn M. Guertin, and John J. Ruhlmann | |

Jacqueline A. Kelly
SULLIVAN, WARD, ASHER & PATTON, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248-746-0700
Fax: 248-746-2760

Attorneys for Plaintiff

SO ORDERED: _____
Alexander Williams, Jr. U.S.D.J.