IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, on behalf itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC., DALE B. WOLF, SHAWN M. GUERTIN, and JOHN J. RUHLMAN,<br><br>Defendants. | C.A. No. 09-cv-02337-AW |

## MOTION OF THE COUNTY OF YORK EMPLOYEES RETIREMENT PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

Class member County of York Employees Retirement Plan ("York County" or "Movant), by its counsel, respectfully moves this Court for an Order (attached hereto as Exhibit A): (1) appointing York County as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving its selection of the law firms of Cohen, Placitella & Roth, P.C. and Rigrodsky & Long, P.A. as Lead Counsel for Lead Plaintiff and the Class; and (3) approving its selection of Goldman & Minton, P.C. as Liaison Counsel for Lead Plaintiff and the Class.

York County makes this Motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because: (1) it has incurred substantial losses of $339,396, the largest financial interest in the relief sought by the Class, as a result of its purchases of Coventry Health Care, Inc. shares during the Class Period; and (2) it satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

York County further requests that the Court approve its selection of Cohen, Placitella & Roth, P.C. and Rigrodsky & Long, P.A. as Lead Counsel for Lead Plaintiff and the Class. These firms are nationally recognized law firms with significant class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue the Action.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum of Law In Support of the Motion of the County of York Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel, and the Declaration of Timothy J. MacFall In Support of the Motion of the County of York Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel.

**WHEREFORE,** for all the reasons set forth herein, in the Memorandum of Law In Support of the Motion of the County of York Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel, and the Declaration of Timothy J. MacFall In Support of the Motion of the County of York Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel, Movant respectfully requests that the Court: (1) appoint York County as Lead Plaintiff; (2) approve York County's selection of Cohen, Placitella & Roth, P.C. and Rigrodsky & Long, P.A. as Lead Counsel for Lead Plaintiff and the Class; (3) approve York County's selection of Goldman & Minton, P.C. as Liaison Counsel for Lead Plaintiff and the Class; and (4) grant such other and further relief as the Court may deem just and proper.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: November 2, 2009

Respectfully submitted,

**GOLDMAN & MINTON, P.C.**

By: /s/ *Thomas J. Minton*
    Thomas J. Minton (Fed. Bar No. 03370)
    20 South Charles Street, Suite 1201
    Baltimore, MD 21201
    Tel.: (410) 783-7575
    Fax: (410) 783-1711

*[Proposed] Liaison Counsel*

**COHEN, PLACITELLA & ROTH, P.C.**
Stewart L. Cohen
Jillian A. Smith
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Tel.: (215) 567-3500
Fax: (215) 567-6019

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Timothy J. MacFall
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

*[Proposed] Lead Counsel*

### Certificate of Service

I hereby certify, that on this 2nd day of November 2009, I filed the foregoing motion, together with memoranda and exhibits, through the Court's ECF case filing system, and that copies will be served through that system on all counsel of record in this case.

    /s/ *Thomas J. Minton*
    Thomas J. Minton (Fed. Bar No. 03370)