IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, on behalf itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC., DALE B. WOLF, SHAWN M. GUERTIN, and JOHN J. RUHLMAN,<br><br>Defendants. | C.A. No. 09-cv-02337-AW |

**[PROPOSED] ORDER APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered the motion of class member the County of York Employees Retirement Plan ("York County") to be appointed as Lead Plaintiff and for approval of its selection of Lead and Liaison Counsel (the "Motion"), and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1. The Motion is hereby granted;

2. York County is hereby appointed as Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995;

3. The law firms of Cohen, Placitella & Roth, P.C. and Rigrodsky & Long, P.A. are hereby appointed as Lead Counsel for Lead Plaintiff and the Class; and

4. The law firm of Goldman & Minton, P.C. is hereby appointed as Liaison Counsel for Lead Plaintiff and the Class.

**IT IS SO ORDERED.**

Dated: _____  _____
                                        HON. ALEXANDER WILLIAMS, JR., U.S.D.J.