# EXHIBIT B

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

COUNTY OF YORK EMPLOYEES RETIREMENT PLAN ("Plaintiff") declares:

1. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

2. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

3. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* Attached Schedule A

4. Plaintiff has full power and authority to bring suit to recover its investment losses.

5. Plaintiff has fully reviewed the facts and allegations of the complaint filed in this action and has authorized the filing of the motion for appointment of lead plaintiff on its behalf in this action.

6. I, Robert P. Green, Controller of York County, Pennsylvania and Secretary of the County of York Employees Retirement Plan, am authorized to make legal decisions on behalf of Plaintiff.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws during the three years prior to the date of this Certification.

9. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21ST day of October, 2009.

                               **COUNTY OF YORK EMPLOYEES RETIREMENT PLAN**

                               By: _____
                                     Robert P. Green
                                     Controller of York County, PA and
                                     Secretary of the County of York
                                     Employees Retirement Plan

## COUNTY OF YORK EMPLOYEES RETIREMENT PLAN

### SCHEDULE A

**Purchases**

| Date | Transaction Type | Quantity | Price Per Share |
|---|---|---|---|
| 7/11/2007 | Purchase | 6,900 | $59.39 |
| 5/12/2008 | Purchase | 800 | $43.90 |
| 10/15/2008 | Purchase | 800 | $27.23 |

**Sales**

| Date | Transaction Type | Quantity | Price Per Share |
|---|---|---|---|
| 1/2/2009 | Sale | 2,400 | $14.84 |
| 1/27/2009 | Sale | 6,100 | $15.03 |