# EXHIBIT C

**County of York Employees Retirement Plan Schedule of Losses**
**Coventry Health Care, Inc. (NYSE: CVH)**
**Class Period: 2/9/2007 - 10/22/2008**

| Date | Transaction Type | Quantity | Price Per Share | (Cost)/Proceeds |
|---|---|---|---|---|
| 7/11/2007 | Purchase | 6,900 | $59.39 | ($409,791.00) |
| 5/12/2008 | Purchase | 800 | $43.90 | ($35,120.00) |
| 10/15/2008 | Purchase | 800 | $27.23 | ($21,784.00) |
| 1/2/2009 | Sale | 2,400 | $14.84 | $35,616.00 |
| 1/27/09 | Sale | 6,100 | $15.03 | $91,683.00 |
| TOTAL** | | | | ($339,396.00) |

** LIFO and FIFO calculations yield the identical losses.

90-Day Post Class Period average price (10/23/08-1/20/09) = $12.83.