UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 8:09-cv-02337-AW<br><br>CLASS ACTION |

**DECLARATION OF DANIEL F. GOLDSTEIN IN SUPPORT OF THE MOTION OF THE COVENTRY INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

DANIEL F. GOLDSTEIN, declares, under penalty of perjury:

1. I am a partner of Brown, Goldstein & Levy LLP ("Brown Goldstein"), proposed Liaison Counsel for New England Teamsters & Trucking Industry Pension Fund, United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund, and Southern California IBEW-NECA Pension Plan (collectively, the "Coventry Institutional Investor Group"). I submit this Declaration in support of the motion of the Coventry Institutional Investor Group for appointment as Lead Plaintiff and for approval of selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published regarding the pendency of this action, published by plaintiff on *Business Wire,* a national, business-oriented newswire service, on September 3, 2009.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the Coventry Institutional Investor Group at approximately $4,324,967.08 in connection with its purchases of 136,400 shares of Coventry Health Care, Inc. common stock during the Class Period.

4. Attached hereto as Exhibit C are the certifications of the members of the Coventry Institutional Investor Group.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Brown, Goldstein & Levy LLP.

DATED: November 2, 2009         /s/Daniel F. Goldstein
                                DANIEL F. GOLDSTEIN