# GOLDSTEIN'S DECL.

# EXHIBIT B

Movants' Purchases and Losses

Coventry Health Care

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Southern California IBEW-NECA Pension Plan | 02/09/2007 | 6,100 | $52.94 | $322,921.80 | 06/30/2008 | 700 | $30.49 | $21,345.10 | |
| Southern California IBEW-NECA Pension Plan | 02/21/2007 | 800 | $56.47 | $45,176.00 | 07/02/2008 | 800 | $32.08 | $25,661.60 | |
| Southern California IBEW-NECA Pension Plan | 07/24/2007 | 300 | $58.95 | $17,684.10 | 07/10/2008 | 2,200 | $29.11 | $64,037.60 | |
| Southern California IBEW-NECA Pension Plan | 09/05/2007 | 1,300 | $57.22 | $74,382.10 | 07/18/2008 | 1,500 | $29.71 | $44,562.00 | |
| Southern California IBEW-NECA Pension Plan | 09/13/2007 | 1,200 | $60.36 | $72,433.20 | 07/28/2008 | 1,200 | $34.25 | $41,096.40 | |
| Southern California IBEW-NECA Pension Plan | 10/01/2007 | 2,100 | $60.69 | $127,446.90 | 08/14/2008 | 900 | $38.32 | $34,485.30 | |
| Southern California IBEW-NECA Pension Plan | 10/09/2007 | 2,800 | $60.26 | $168,730.80 | 09/09/2008 | 1,000 | $34.18 | $34,175.00 | |
| Southern California IBEW-NECA Pension Plan | 10/17/2007 | 1,400 | $60.38 | $84,536.20 | 09/24/2008 | 100 | $33.50 | $3,349.70 | |
| Southern California IBEW-NECA Pension Plan | 11/02/2007 | 1,000 | $59.52 | $59,518.00 | 09/24/2008 | 2,400 | $33.45 | $80,268.00 | |
| Southern California IBEW-NECA Pension Plan | 12/10/2007 | 800 | $59.37 | $47,494.40 | 10/14/2008 | 500 | $28.27 | $14,134.00 | |
| Southern California IBEW-NECA Pension Plan | 12/19/2007 | 700 | $58.16 | $40,710.60 | 10/21/2008 | 2,300 | $20.00 | $46,000.00 | |
| Southern California IBEW-NECA Pension Plan | 12/18/2007 | 700 | $58.30 | $40,806.50 | 10/22/2008 | 2,200 | $16.97 | $37,329.60 | |
| Southern California IBEW-NECA Pension Plan | 12/24/2007 | 900 | $59.96 | $53,964.00 | 12/11/2008 ** | 1,400 | $13.03 | $18,236.40 | |
| Southern California IBEW-NECA Pension Plan | 01/07/2008 | 1,300 | $59.10 | $76,828.70 | 12/15/2008 ** | 1,000 | $12.67 | $12,665.00 | |
| Southern California IBEW-NECA Pension Plan | 01/23/2009 | 1,000 | $55.69 | $55,685.00 | 01/15/2009 ** | 1,100 | $12.85 | $14,131.04 | |
| Southern California IBEW-NECA Pension Plan | 02/05/2008 | 1,300 | $55.55 | $72,215.00 | 01/15/2009 ** | 1,560 | $12.35 | $19,269.60 | |
| Southern California IBEW-NECA Pension Plan | 02/12/2008 | 1,200 | $53.84 | $64,610.40 | held | 39,700 | $12.83 | $509,264.98 | |
| Southern California IBEW-NECA Pension Plan | 02/20/2008 | 600 | $54.15 | $32,489.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/04/2008 | 1,200 | $51.32 | $61,578.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/07/2008 | 1,400 | $49.49 | $69,287.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/10/2008 | 2,600 | $49.48 | $128,655.80 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/11/2008 | 1,200 | $41.47 | $49,764.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/11/2008 | 1,300 | $41.30 | $53,687.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/12/2008 | 1,600 | $42.00 | $67,198.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/12/2008 | 1,500 | $39.38 | $59,073.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/18/2008 | 2,400 | $41.11 | $98,656.80 | | | | | |
| Southern California IBEW-NECA Pension Plan | 03/24/2008 | 1,000 | $42.67 | $42,670.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 04/03/2008 | 1,000 | $40.98 | $40,979.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 04/23/2008 | 1,000 | $43.14 | $43,140.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 04/30/2008 | 500 | $44.84 | $22,421.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 04/30/2008 | 900 | $44.88 | $40,390.20 | | | | | |
| Southern California IBEW-NECA Pension Plan | 06/13/2008 | 1,500 | $42.23 | $63,349.50 | | | | | |
| Southern California IBEW-NECA Pension Plan | 06/17/2008 | 1,600 | $41.07 | $65,707.20 | | | | | |
| Southern California IBEW-NECA Pension Plan | 06/30/2008 | 2,100 | $30.62 | $64,295.70 | | | | | |
| Southern California IBEW-NECA Pension Plan | 07/18/2008 | 2,300 | $30.03 | $69,064.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 08/05/2008 | 800 | $37.00 | $29,600.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 09/02/2008 | 1,800 | $33.83 | $60,885.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 09/19/2008 | 1,800 | $34.20 | $61,561.80 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/01/2008 | 800 | $32.51 | $26,009.60 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/10/2008 | 1,700 | $26.50 | $45,043.20 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/10/2008 | 800 | $22.09 | $17,670.40 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/16/2008 | 700 | $27.63 | $19,337.50 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/17/2008 | 800 | $27.80 | $22,240.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | 10/21/2008 | 700 | $28.48 | $19,936.00 | | | | | |
| Southern California IBEW-NECA Pension Plan | | 60,500 | | $2,799,834.40 | | 60,500 | | $1,020,011.32 | ($1,779,823.08) |

Opening position of 34,900 shares.

Movants' Purchases and Losses — Coventry Health Care

| | | |
|---|---|---|
| | | |

\*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $12.83 as of January 20, 2009.

\*\*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.