# GOLDSTEIN'S DECL.

# EXHIBIT C

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*In re American Home Mortgage Sec. Litig.*, No. 07-MD-1898(TCP) (E.D.N.Y.)
*In re MoneyGram International, Inc. Sec. Litig.*, No. 08-civ-00883 (D. Minn.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

COVENTRY

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October, 2009.

NEW ENGLAND TEAMSTERS &
TRUCKING INDUSTRY PENSION
FUND

Signature: _____

Print Name: Edward F. Groden

Print Title: Executive Director

- 2 -

COVENTRY

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 04/30/2008 | 39,500 | $44.70 |
| 05/01/2008 | 8,600 | $44.51 |

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 07th day of Oct., 2009.

SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN

By: *Aurora Wallace*

Its: *Fund Adm.*

## SCHEDULE A

### SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/09/2007 | 6,100 | $52.94 |
| 02/21/2007 | 800 | $56.47 |
| 07/24/2007 | 300 | $58.95 |
| 09/05/2007 | 1,300 | $57.22 |
| 09/13/2007 | 1,200 | $60.36 |
| 10/01/2007 | 2,100 | $60.69 |
| 10/09/2007 | 2,800 | $60.26 |
| 10/17/2007 | 1,400 | $60.38 |
| 11/02/2007 | 1,000 | $59.52 |
| 12/10/2007 | 800 | $59.37 |
| 12/19/2007 | 700 | $58.16 |
| 12/19/2007 | 700 | $58.30 |
| 12/24/2007 | 900 | $59.96 |
| 01/07/2008 | 1,300 | $59.10 |
| 01/23/2008 | 1,000 | $55.69 |
| 02/05/2008 | 1,300 | $55.55 |
| 02/12/2008 | 1,200 | $53.84 |
| 02/20/2008 | 600 | $54.15 |
| 03/04/2008 | 1,200 | $51.32 |
| 03/07/2008 | 1,400 | $49.49 |
| 03/10/2008 | 2,600 | $49.48 |
| 03/11/2008 | 1,200 | $41.47 |
| 03/11/2008 | 1,300 | $41.30 |
| 03/11/2008 | 1,600 | $42.00 |
| 03/12/2008 | 1,500 | $39.38 |
| 03/18/2008 | 2,400 | $41.11 |
| 03/24/2008 | 1,000 | $42.67 |
| 04/03/2008 | 1,000 | $40.98 |
| 04/23/2008 | 1,000 | $43.14 |
| 04/30/2008 | 500 | $44.84 |
| 04/30/2008 | 900 | $44.88 |
| 06/13/2008 | 1,500 | $42.23 |
| 06/17/2008 | 1,600 | $41.07 |
| 06/30/2008 | 2,100 | $30.62 |
| 07/18/2008 | 2,300 | $30.03 |
| 08/05/2008 | 800 | $37.00 |
| 09/09/2008 | 1,800 | $33.83 |
| 09/19/2008 | 1,800 | $34.20 |
| 10/01/2008 | 800 | $32.51 |
| 10/09/2008 | 1,700 | $26.50 |
| 10/10/2008 | 800 | $22.09 |
| 10/16/2008 | 700 | $27.63 |
| 10/17/2008 | 800 | $27.80 |
| 10/21/2008 | 700 | $28.48 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/14/2007 | 7,400 | $54.59 |
| 06/11/2007 | 800 | $60.24 |
| 06/12/2007 | 1,300 | $60.64 |
| 06/13/2007 | 1,400 | $60.19 |
| 06/14/2007 | 1,300 | $60.50 |
| 08/06/2007 | 800 | $57.48 |
| 08/22/2007 | 500 | $56.78 |
| 08/23/2007 | 600 | $57.23 |
| 08/27/2007 | 500 | $58.07 |
| 09/12/2007 | 1,100 | $59.58 |
| 09/13/2007 | 100 | $60.01 |
| 09/20/2007 | 300 | $60.70 |
| 09/25/2007 | 800 | $61.19 |
| 09/26/2007 | 500 | $62.33 |
| 10/10/2007 | 1,920 | $61.37 |
| 10/11/2007 | 1,720 | $59.52 |
| 10/26/2007 | 5,055 | $57.44 |
| 10/29/2007 | 1,205 | $58.05 |
| 11/06/2007 | 1,200 | $58.00 |
| 01/08/2008 | 1,600 | $61.54 |
| 04/22/2008 | 1,100 | $41.14 |
| 04/30/2008 | 1,400 | $44.83 |
| 06/12/2008 | 1,100 | $41.92 |
| 06/30/2008 | 1,900 | $30.49 |
| 07/02/2008 | 800 | $32.08 |
| 07/10/2008 | 2,200 | $29.11 |
| 07/18/2008 | 1,500 | $29.71 |
| 07/28/2008 | 1,200 | $34.25 |
| 08/14/2008 | 900 | $38.32 |
| 09/09/2008 | 1,000 | $34.18 |
| 09/24/2008 | 100 | $33.50 |
| 09/24/2008 | 2,400 | $33.45 |
| 10/14/2008 | 500 | $28.27 |
| 10/21/2008 | 2,300 | $20.00 |
| 10/22/2008 | 2,200 | $16.97 |

*Opening position of 34,900 shares.

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*In re Société Générale Sec. Litig.*, No. 08-CIV-02495 (GEL) (S.D.N.Y.)
*Safron Capital Corporation v. Chesapeake Energy Corporation, et al.*, No. 1:09-cv-01826-LTS (S.D.N.Y.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*UFCW Local 880 – Retail Food, et al. v. Sunrise Senior Living, Inc., et al.*, No. 07-cv-00102-RBW (D. DC)

COVENTRY

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of Oct., 2009.

By: _____

Its: Trustee, United Food and Commercial Workers Union Local 880 - Retail Food Employers Joint Pension Fund

- 2 -

COVENTRY

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 07/26/2007 | 200 | $57.61 |
| 09/07/2007 | 800 | $57.46 |
| 09/17/2007 | 700 | $59.53 |
| 09/25/2007 | 1,100 | $61.92 |
| 10/03/2007 | 1,000 | $60.91 |
| 10/11/2007 | 1,000 | $59.29 |
| 10/19/2007 | 600 | $60.14 |
| 10/29/2007 | 800 | $57.22 |
| 12/31/2007 | 18,700 | $59.40 |
| 01/29/2008 | 600 | $55.90 |
| 03/12/2008 | 2,400 | $42.36 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 01/18/2008 | 1,000 | $61.42 |
| 03/31/2008 | 800 | $40.50 |
| 04/24/2008 | 600 | $42.56 |
| 05/02/2008 | 600 | $44.95 |
| 06/16/2008 | 500 | $41.33 |
| 06/24/2008 | 1,100 | $30.49 |
| 07/02/2008 | 900 | $31.73 |
| 07/14/2008 | 500 | $29.08 |
| 07/22/2008 | 1,400 | $31.82 |
| 08/05/2008 | 800 | $37.35 |
| 08/07/2008 | 300 | $37.01 |
| 09/11/2008 | 500 | $35.17 |
| 10/16/2008 | 200 | $25.84 |