UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PLUMBERS LOCAL NO. 98 DEFINED BENEFIT PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC., et al.,<br><br>Defendants. | Case No. 09-CV-02337 (AW)<br><br>Hon. Alexander Williams, Jr |

DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF THE MOTION
OF THE MASSACHUSETTS PUBLIC PENSION FUNDS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**COHEN MILSTEIN**
   **SELLERS & TOLL PLLC**
Steven J. Toll (Bar No. 15824)
Daniel S. Sommers (Bar No. 15822)
S. Douglas Bunch
1100 New York Ave
Suite 500 West
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Alan I. Ellman
Stefanie J. Sundel
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ckeller@labaton.com
aellman@labaton.com
ssundel@labaton.com

*Attorneys for the Massachusetts Public Pension Funds and Proposed Lead Counsel for the Class*

Alan I. Ellman hereby declares as follows:

1. I am an associate with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), counsel for Plymouth County Retirement System and Bristol County Retirement System (collectively, the "Massachusetts Public Pension Funds").

2. I respectfully submit this declaration in support of the Massachusetts Public Pension Funds' motion for appointment as lead plaintiff and approval of the selection of counsel in the securities action against Coventry Healthcare ("Coventry") on behalf of all persons and entities who purchased or otherwise acquired Coventry securities between February 9, 2007 to October 22, 2008, inclusive.

3. Annexed hereto as Exhibit 1 are true and correct copies of the certifications of the Massachusetts Public Pension Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

4. Annexed hereto as Exhibit 2 is a true and correct copy of a chart of the Massachusetts Public Pension Funds' transactions and approximate losses in Coventry securities.

5. Annexed hereto as Exhibit 3 is a true and correct copy of the notice that was published on September 3, 2009 in *Business Wire*, a widely-circulated, national, business-oriented publication or wire service, advising the public of the pendency of the first-filed class action brought on behalf of purchasers of Coventry securities.

6. Annexed hereto as Exhibit 4 is a true and correct copy of the firm resume of Labaton Sucharow.

7. Annexed hereto as Exhibit 5 is a true and correct copy of the firm resume of Cohen Milstein Sellers & Toll PLLC.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 2nd day of November, 2009.

*[signature]*
Alan I. Ellman

2