# Exhibit 1

## CERTIFICATION

I, John Walsh as Director of Operations of Bristol County Retirement System ("Bristol County"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Bristol County. I have reviewed a complaint filed against Coventry Health Care, Inc. ("Coventry") alleging violations of the federal securities laws;

2. Bristol County did not purchase securities of Coventry at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Bristol County is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Bristol County's transactions in Coventry during the class period are reflected in Exhibit A, attached hereto;

5. Bristol County sought to serve as a lead plaintiff in the following class actions under the federal securities laws during the last three years:

*In re HCC Insurance Holdings, Inc. Sec. Litig.*, No. 4:07-cv-00801 (S.D. Tex.)
*Reese v. Babash*, No.1:07-cv-01530-CKK (D.D.C.)
*In Re European Aeronautic Defense & Space Co. Securities Litigation*, No. 08-cv-05389 (S.D.N.Y.)
*The Eshe Fund v. Fifth Third Bancorp et al*, No. 08-cv-00421 (S.D. Ohio)

6. Bristol County is currently serving as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*In Re European Aeronautic Defense & Space Co. Securities Litigation*, No. 08-cv-05389 (S.D.N.Y.)

7.  Beyond its pro rata share of any recovery, Bristol County will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __16TH__ day of September 2009.

*John Walsh*
*Director of Operations*
*Bristol County Retirement System*

## EXHIBIT A

### TRANSACTIONS IN
### COVENTRY HEALTH CARE, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 09/02/08 | 400.00 | $35.50 | ($14,200.88) |
| Purchase | 09/03/08 | 200.00 | $35.02 | ($7,004.00) |
| Purchase | 09/04/08 | 800.00 | $34.20 | ($27,363.12) |
| Purchase | 09/05/08 | 200.00 | $33.25 | ($6,650.00) |
| Purchase | 09/08/08 | 100.00 | $33.96 | ($3,395.70) |
| Purchase | 09/09/08 | 500.00 | $34.41 | ($17,203.05) |
| Purchase | 09/10/08 | 300.00 | $34.84 | ($10,452.72) |
| Purchase | 09/15/08 | 200.00 | $34.82 | ($6,964.44) |
| Purchase | 09/16/08 | 600.00 | $32.75 | ($19,647.00) |
| Purchase | 09/16/08 | 300.00 | $33.76 | ($10,126.74) |
| Purchase | 09/17/08 | 400.00 | $31.63 | ($12,651.52) |
| Purchase | 09/22/08 | 200.00 | $33.96 | ($6,792.44) |
| Purchase | 09/23/08 | 400.00 | $33.04 | ($13,214.00) |
| Purchase | 09/29/08 | 100.00 | $31.69 | ($3,169.33) |
| Purchase | 10/01/08 | 200.00 | $32.16 | ($6,432.00) |

## CERTIFICATION

I, William R. Farmer, as Executive Director of Plymouth County Retirement System ("Plymouth County"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Plymouth County. I have reviewed a complaint filed against Coventry Health Care, Inc. ("Coventry") alleging violations of the federal securities laws;

2. Plymouth County did not purchase securities of Coventry at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Plymouth County is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Plymouth County's transactions in Coventry during the class period are reflected in Exhibit A, attached hereto;

5. Plymouth County sought to serve as a lead plaintiff in the following class actions under the federal securities laws during the last three years:

*In re HCC Insurance Holdings, Inc. Securities Litigation*, No. 07-cv-801 (S.D. Tex.)
*City of Westland Police and Fire Retirement System v. Sonic Solutions et al*, No. 07-cv-5111 (N.D. Cal.)
*In re MBIA, Inc. Securities Litigation*, No. 08-cv-264 (S.D.N.Y.)
*Plymouth County Retirement System v. Carter's Inc. et al*, No. 08-cv-02940 (N.D. Ga.)
*Iron Workers Local No. 25 Pension Fund et al v. Oshkosh Corporation et al*, 08-cv-00797 (E.D. Wis.)

6. Plymouth County is currently serving as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*City of Westland Police and Fire Retirement System v. Sonic Solutions et al*, No. 07-cv-5111 (N.D. Cal.)
*Plymouth County Retirement System v. Carter's Inc. et al*, No. 08-cv-02940 (N.D. Ga.)
*Iron Workers Local No. 25 Pension Fund et al v. Oshkosh Corporation et al*, 08-cv-00797 (E.D. Wis.)

7. Beyond its pro rata share of any recovery, Plymouth County will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __18th__ day of September, 2009.

*William R. Farmer*
*Executive Director of Plymouth County Retirement System*

## EXHIBIT A

## TRANSACTIONS IN
## COVENTRY HEALTH CARE, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 03/30/07 | 14,747.00 | $56.05 | ($826,569.35) |
| Sale | 04/02/07 | -100.00 | $56.94 | $5,694.00 |
| Sale | 04/02/07 | -208.00 | $56.94 | $11,843.52 |
| Sale | 04/02/07 | -239.00 | $56.53 | $13,511.10 |
| Sale | 06/11/07 | -200.00 | $60.24 | $12,047.74 |
| Sale | 06/12/07 | -800.00 | $60.64 | $48,510.08 |
| Sale | 06/13/07 | -800.00 | $60.19 | $48,152.96 |
| Sale | 06/14/07 | -700.00 | $60.50 | $42,351.12 |
| Sale | 08/06/07 | -400.00 | $57.48 | $22,991.88 |
| Sale | 08/22/07 | -400.00 | $56.78 | $22,710.52 |
| Sale | 08/23/07 | -300.00 | $57.23 | $17,169.00 |
| Sale | 08/27/07 | -300.00 | $58.07 | $17,421.00 |
| Sale | 09/12/07 | -600.00 | $59.58 | $35,745.60 |
| Sale | 09/20/07 | -300.00 | $60.90 | $18,270.36 |
| Sale | 09/25/07 | -400.00 | $61.19 | $24,476.00 |
| Sale | 09/26/07 | -300.00 | $62.33 | $18,699.18 |
| Sale | 11/06/07 | -700.00 | $58.00 | $40,600.00 |
| Purchase | 12/19/07 | 700.00 | $58.30 | ($40,806.50) |
| Purchase | 12/24/07 | 500.00 | $59.96 | ($29,980.00) |
| Purchase | 01/07/08 | 800.00 | $59.10 | ($47,279.84) |
| Purchase | 01/23/08 | 600.00 | $55.69 | ($33,411.30) |
| Purchase | 02/05/08 | 700.00 | $55.55 | ($38,885.07) |
| Purchase | 02/20/08 | 400.00 | $54.15 | ($21,659.84) |
| Purchase | 03/04/08 | 700.00 | $51.32 | ($35,920.92) |
| Purchase | 03/07/08 | 800.00 | $49.49 | ($39,593.04) |
| Purchase | 03/10/08 | 1,500.00 | $49.48 | ($74,224.80) |
| Purchase | 03/11/08 | 200.00 | $41.30 | ($8,259.72) |
| Purchase | 03/11/08 | 400.00 | $41.47 | ($16,588.28) |
| Purchase | 03/11/08 | 500.00 | $41.75 | ($20,875.00) |
| Purchase | 03/11/08 | 1,300.00 | $42.00 | ($54,599.74) |
| Purchase | 03/12/08 | 900.00 | $39.38 | ($35,444.25) |
| Purchase | 03/24/08 | 500.00 | $42.67 | ($21,335.30) |
| Purchase | 04/03/08 | 600.00 | $40.98 | ($24,587.58) |
| Purchase | 04/21/08 | 900.00 | $43.03 | ($38,727.00) |
| Purchase | 04/22/08 | 1,100.00 | $41.20 | ($45,318.02) |
| Purchase | 04/23/08 | 1,400.00 | $43.14 | ($60,396.84) |
| Purchase | 04/25/08 | 900.00 | $43.39 | ($39,054.96) |
| Purchase | 04/30/08 | 800.00 | $44.88 | ($35,902.64) |
| Purchase | 05/29/08 | 800.00 | $46.04 | ($36,831.04) |

| Purchase | 06/17/08 | 800.00 | $41.07 | ($32,854.08) |
| Purchase | 06/30/08 | 1,200.00 | $30.62 | ($36,741.24) |
| Sale | 07/02/08 | -500.00 | $32.08 | $16,038.55 |
| Purchase | 08/05/08 | 400.00 | $37.00 | ($14,800.00) |
| Sale | 08/14/08 | -2,600.00 | $38.32 | $99,624.46 |
| Purchase | 09/09/08 | 1,000.00 | $33.83 | ($33,825.80) |
| Purchase | 09/19/08 | 1,000.00 | $34.20 | ($34,201.20) |
| Sale | 09/24/08 | -200.00 | $33.50 | $6,699.54 |
| Sale | 09/24/08 | -1,300.00 | $33.45 | $43,478.50 |
| Purchase | 10/01/08 | 400.00 | $32.51 | ($13,004.84) |
| Purchase | 10/09/08 | 900.00 | $26.50 | ($23,847.12) |
| Purchase | 10/10/08 | 400.00 | $22.09 | ($8,835.56) |
| Purchase | 10/16/08 | 400.00 | $27.63 | ($11,050.32) |
| Purchase | 10/20/08 | 900.00 | $28.14 | ($25,324.11) |
| Sale | 10/21/08 | -1,300.00 | $20.00 | $26,000.00 |
| Sale | 10/22/08 | -1,300.00 | $16.97 | $22,058.66 |