# Exhibit 2

**Loss Analysis for Massachusetts Public Pension Funds**

Class Period: 2/9/2007 to 10/22/2008

**COVENTRY HEALTH CARE INC COM**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|
| CVH | 222862104 | 2232696 | US2228621049 | $12.85 |

**Bristol County Retirement System**

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Open | 02/09/07 | | 0.00 | | |
| Purchase | 09/02/08 | 09/05/08 | 400.00 | $35.50 | ($14,200.88) |
| Purchase | 09/03/08 | 09/08/08 | 200.00 | $35.02 | ($7,004.00) |
| Purchase | 09/04/08 | 09/09/08 | 800.00 | $34.20 | ($27,363.12) |
| Purchase | 09/05/08 | 09/10/08 | 200.00 | $33.25 | ($6,650.00) |
| Purchase | 09/08/08 | 09/11/08 | 100.00 | $33.96 | ($3,395.70) |
| Purchase | 09/09/08 | 09/12/08 | 500.00 | $34.41 | ($17,203.05) |
| Purchase | 09/10/08 | 09/15/08 | 300.00 | $34.84 | ($10,452.72) |
| Purchase | 09/15/08 | 09/18/08 | 200.00 | $34.82 | ($6,964.44) |
| Purchase | 09/16/08 | 09/19/08 | 600.00 | $32.75 | ($19,647.00) |
| Purchase | 09/16/08 | 09/19/08 | 300.00 | $33.76 | ($10,126.74) |
| Purchase | 09/17/08 | 09/22/08 | 400.00 | $31.63 | ($12,651.52) |
| Purchase | 09/22/08 | 09/25/08 | 200.00 | $33.96 | ($6,792.44) |
| Purchase | 09/23/08 | 09/26/08 | 400.00 | $33.04 | ($13,214.00) |
| Purchase | 09/29/08 | 10/02/08 | 100.00 | $31.69 | ($3,169.33) |
| Purchase | 10/01/08 | 10/06/08 | 200.00 | $32.16 | ($6,432.00) |
| | *Class period purchases:* | | *4,900.00* | | *($165,266.94)* |
| None | | | | | $0.00 |
| | *Class period sales (matched to class period purchases):* | | *0.00* | | *$0.00* |
| | **LIFO/FIFO Retained purchases:** | | **4,900.00** | **$12.85** | **$62,944.92** |
| | | | | **LIFO/FIFO Gain/(Loss):** | **($102,322.02)** |

**Plymouth County Retirement System**

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Open | 02/09/07 | | 0.00 | | |
| Purchase | 03/30/07 | 04/02/07 | 14,747.00 | $56.05 | ($826,569.35) |
| Purchase | 12/19/07 | 12/24/07 | 700.00 | $58.30 | ($40,806.50) |
| Purchase | 12/24/07 | 12/28/07 | 500.00 | $59.96 | ($29,980.00) |
| Purchase | 01/07/08 | 01/10/08 | 800.00 | $59.10 | ($47,279.84) |
| Purchase | 01/23/08 | 01/28/08 | 600.00 | $55.69 | ($33,411.30) |
| Purchase | 02/05/08 | 02/08/08 | 700.00 | $55.55 | ($38,885.07) |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | 02/20/08 | 02/25/08 | 400.00 | $54.15 | ($21,659.84) |
| Purchase | 03/04/08 | 03/07/08 | 700.00 | $51.32 | ($35,920.92) |
| Purchase | 03/07/08 | 03/12/08 | 800.00 | $49.49 | ($39,593.04) |
| Purchase | 03/10/08 | 03/13/08 | 1,500.00 | $49.48 | ($74,224.80) |
| Purchase | 03/11/08 | 03/14/08 | 200.00 | $41.30 | ($8,259.72) |
| Purchase | 03/11/08 | 03/14/08 | 400.00 | $41.47 | ($16,588.28) |
| Purchase | 03/11/08 | 03/14/08 | 500.00 | $41.75 | ($20,875.00) |
| Purchase | 03/11/08 | 03/14/08 | 1,300.00 | $42.00 | ($54,599.74) |
| Purchase | 03/12/08 | 03/17/08 | 900.00 | $39.38 | ($35,444.25) |
| Purchase | 03/24/08 | 03/27/08 | 500.00 | $42.67 | ($21,335.30) |
| Purchase | 04/03/08 | 04/08/08 | 600.00 | $40.98 | ($24,587.58) |
| Purchase | 04/21/08 | 04/24/08 | 900.00 | $43.03 | ($38,727.00) |
| Purchase | 04/22/08 | 04/25/08 | 1,100.00 | $41.20 | ($45,318.02) |
| Purchase | 04/23/08 | 04/28/08 | 1,400.00 | $43.14 | ($60,396.84) |
| Purchase | 04/25/08 | 04/30/08 | 900.00 | $43.39 | ($39,054.96) |
| Purchase | 04/30/08 | 05/05/08 | 800.00 | $44.88 | ($35,902.64) |
| Purchase | 05/29/08 | 06/03/08 | 800.00 | $46.04 | ($36,831.04) |
| Purchase | 06/17/08 | 06/20/08 | 800.00 | $41.07 | ($32,854.08) |
| Purchase | 06/30/08 | 07/03/08 | 1,200.00 | $30.62 | ($36,741.24) |
| Purchase | 08/05/08 | 08/08/08 | 400.00 | $37.00 | ($14,800.00) |
| Purchase | 09/09/08 | 09/12/08 | 1,000.00 | $33.83 | ($33,825.80) |
| Purchase | 09/19/08 | 09/24/08 | 1,000.00 | $34.20 | ($34,201.20) |
| Purchase | 10/01/08 | 10/06/08 | 400.00 | $32.51 | ($13,004.84) |
| Purchase | 10/09/08 | 10/15/08 | 900.00 | $26.50 | ($23,847.12) |
| Purchase | 10/10/08 | 10/16/08 | 400.00 | $22.09 | ($8,835.56) |
| Purchase | 10/16/08 | 10/21/08 | 400.00 | $27.63 | ($11,050.32) |
| Purchase | 10/20/08 | 10/23/08 | 900.00 | $28.14 | ($25,324.11) |
| | ***Class period purchases:*** | | ***39,147.00*** | | ***($1,860,735.30)*** |
| | | | | | |
| Sale | 04/02/07 | 04/05/07 | -100.00 | $56.94 | $5,694.00 |
| Sale | 04/02/07 | 04/05/07 | -208.00 | $56.94 | $11,843.52 |
| Sale | 04/02/07 | 04/05/07 | -239.00 | $56.53 | $13,511.10 |
| Sale | 06/11/07 | 06/14/07 | -200.00 | $60.24 | $12,047.74 |
| Sale | 06/12/07 | 06/15/07 | -800.00 | $60.64 | $48,510.08 |
| Sale | 06/13/07 | 06/18/07 | -800.00 | $60.19 | $48,152.96 |
| Sale | 06/14/07 | 06/19/07 | -700.00 | $60.50 | $42,351.12 |
| Sale | 08/06/07 | 08/09/07 | -400.00 | $57.48 | $22,991.88 |
| Sale | 08/22/07 | 08/27/07 | -400.00 | $56.78 | $22,710.52 |
| Sale | 08/23/07 | 08/28/07 | -300.00 | $57.23 | $17,169.00 |
| Sale | 08/27/07 | 08/30/07 | -300.00 | $58.07 | $17,421.00 |
| Sale | 09/12/07 | 09/17/07 | -600.00 | $59.58 | $35,745.60 |
| Sale | 09/20/07 | 09/25/07 | -300.00 | $60.90 | $18,270.36 |
| Sale | 09/25/07 | 09/28/07 | -400.00 | $61.19 | $24,476.00 |
| Sale | 09/26/07 | 10/01/07 | -300.00 | $62.33 | $18,699.18 |
| Sale | 11/06/07 | 11/09/07 | -700.00 | $58.00 | $40,600.00 |
| Sale | 07/02/08 | 07/08/08 | -500.00 | $32.08 | $16,038.55 |
| Sale | 08/14/08 | 08/19/08 | -2,600.00 | $38.32 | $99,624.46 |
| Sale | 09/24/08 | 09/29/08 | -200.00 | $33.50 | $6,699.54 |
| Sale | 09/24/08 | 09/29/08 | -1,300.00 | $33.45 | $43,478.50 |
| Sale | 10/21/08 | 10/24/08 | -1,300.00 | $20.00 | $26,000.00 |
| Sale | 10/22/08 | 10/27/08 | -1,300.00 | $16.97 | $22,058.66 |
| | ***Class period sales (matched to class period purchases):*** | | ***-13,947.00*** | | ***$614,093.77*** |

|  |  |  |  |
|---|---|---|---|
| **LIFO/FIFO Retained purchases:** | 25,200.00 | $12.85 | $323,716.72 |
|  | **LIFO/FIFO Gain/(Loss):** |  | **($922,924.81)** |
|  | **COMBINED LOSS:** |  | **($1,025,246.83)** |

*Value of retained purchases is the mean trading price from 10/22/2008 to 01/20/2009.*