UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re Coventry Health Care, Inc.<br>Securities Litigation<br>_____<br><br>This Document Relates to: All Actions<br>_____ | :<br>:  Master File<br>:  No. 09-2337<br><br>:<br> |

## MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

NOW COMES the New England Teamsters & Trucking Industry Pension Fund, United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund, and Southern California IBEW-NECA Pension Plan (collectively, the "Coventry Institutional Investor Group"), and hereby move this Court, for an Order (attached hereto as Exhibit A): (i) appointing the Coventry Institutional Investor Group as Lead Plaintiff; (ii) approving the Coventry Institutional Investor Group's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Brown, Goldstein & Levy LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Coventry Institutional Investor Group submits herewith a Memorandum of Law and Declaration of Daniel F. Goldstein, dated November 2, 2009.

DATED: November 2, 2009    BROWN, GOLDSTEIN & LEVY LLP
                                                      DANIEL F. GOLDSTEIN (01036)
                                                     DANA W. MCKEE (04447)

                                                     */s/ Daniel F. Goldstein*
                                                     DANIEL F. GOLDSTEIN

120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Telephone:  410/962-1030
410/385-0869 (fax)
dwm@browngold.com
dfg@browngold.com

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

SCHWARZWALD McNAIR & FUSCO LLP
EBEN O. McNAIR IV
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114-1503
Telephone:  216/566-1600
216/566-1814 (fax)

Additional Counsel for Plaintiff