IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re Coventry Health Care, Inc. Securities Litigation | Master File No. No. 09-02337 |
| This Document Relates To: ALL ACTIONS | |

## COUNTY OF YORK EMPLOYEES RETIREMENT PLAN'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

The County of York Employees Retirement Plan respectfully submits this response to all other motions for appointment as lead plaintiff. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court is to appoint as lead plaintiff "the person or group of persons with the largest financial interest in the litigation that otherwise satisfies the requirements of Fed. R. Civ. P. 23." See 15 U.S.C. § 78u-4(a)(3)(B)(iii). Based on the pending motions for the appointment of lead plaintiff, it appears that the New England Teamsters & Trucking Industry Pension Fund, United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund, and Southern California IBEW-NECA Pension Plan (collectively, the "Coventry Institutional Investor Group") assert the largest financial interest of any movant and are otherwise adequate and typical. Accordingly, the County of York Employees Retirement Plan does not oppose their motion.

Dated: November 19, 2009

Respectfully submitted,

**GOLDMAN & MINTON, P.C.**

By: /s/ Thomas J. Minton
Thomas J. Minton (Fed. Bar No. 03370)
20 South Charles Street, Suite 1201
Baltimore, MD 21201
Tel.: (410) 783-7575
Fax: (410) 783-1711

**COHEN, PLACITELLA & ROTH, P.C.**
Stewart L. Cohen
Jillian A. Smith
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Tel.: (215) 567-3500
Fax: (215) 567-6019

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Timothy J. MacFall
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

*Counsel for County of York Employees Retirement Plan*

### Certificate of Service

I hereby certify, that on this 19th day of November 2009, I filed the foregoing response through the Court's ECF case filing system, and that copies will be served through that system on all counsel of record in this case.

/s/ *Thomas J. Minton*
Thomas J. Minton (Fed. Bar No. 03370)