UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re COVENTRY HEALTHCARE, INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To:  )<br>)<br>ALL ACTIONS.  )<br>) | Master File No. 8:09-cv-02337-AW<br><br>CLASS ACTION |

NOTICE OF NON-OPPOSITION TO THE MOTION OF THE COVENTRY
INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

On November 2, 2009, within 60 days of the publication of the requisite notice on September 3, 2009, institutional investors New England Teamsters & Trucking Industry Pension Fund, United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund, and Southern California IBEW-NECA Pension Plan (collectively, the "Coventry Institutional Investor Group") timely filed a motion for their appointment as Lead Plaintiff and for approval of their selection of Lead and Liaison Counsel. Two other motions were filed by: (i) Bristol County Retirement System ("Bristol County") and Plymouth County Retirement System ("Plymouth County"); and (ii) County of York Employees Retirement Plan ("York County"). The Coventry Institutional Investor Group – which represents the largest financial interest in this litigation and is otherwise adequate and typical – respectfully submits this notice to inform the Court that its motion is unopposed.

Specifically, Defendants submitted a response indicating that they take no position with respect to the competing Lead Plaintiff motions, and York County filed a response stating that it does not oppose the Coventry Institutional Investor Group's motion. In addition, counsel for the

Coventry Institutional Investor Group was advised by counsel for Bristol County and Plymouth County that they also do not oppose the Coventry Institutional Investor Group's motion.

Accordingly, the Coventry Institutional Investor Group respectfully requests that the Court enter an Order: (i) appointing the Coventry Institutional Investor Group as Lead Plaintiff; (ii) approving the Coventry Institutional Investor Group's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Brown, Goldstein & Levy LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

DATED:  December 1, 2009　　　　　　　　　BROWN, GOLDSTEIN & LEVY LLP
　　　　　　　　　　　　　　　　　　　　　DANIEL F. GOLDSTEIN (01036)
　　　　　　　　　　　　　　　　　　　　　DANA W. MCKEE (04447)


　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel F. Goldstein*
　　　　　　　　　　　　　　　　　　　　　DANIEL F. GOLDSTEIN

　　　　　　　　　　　　　　　　　　　　　120 E. Baltimore Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　Baltimore, MD  21202
　　　　　　　　　　　　　　　　　　　　　Telephone:  410/962-1030
　　　　　　　　　　　　　　　　　　　　　410/385-0869 (fax)
　　　　　　　　　　　　　　　　　　　　　dwm@browngold.com
　　　　　　　　　　　　　　　　　　　　　dfg@browngold.com

　　　　　　　　　　　　　　　　　　　　　[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

SCHWARZWALD McNAIR & FUSCO LLP
EBEN O. McNAIR IV
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114-1503
Telephone:  216/566-1600
216/566-1814 (fax)

Additional Counsel for Plaintiff