# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

PLUMBERS LOCAL NO. 98 DEFINED     *
BENEFIT PENSION FUND,

        Plaintiff,
                                  *

    vs.                                                  Civil Action No.   AW-09-2337
                                                      *

COVENTRY HEALTH CARE INC., *et al.*,
                                                      *

        Defendants.
                                               ******

## ORDER

      Currently pending before the Court are several motions for appointment of Lead Plaintiff and Lead Counsel in this matter, which are the following: (1) Amended Motion of the County of York Employees Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel (Doc. No. 18); (2) Motion of the Massachusetts Public Pension Funds for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. No. 19); and (3) Coventry Institutional Investor Group's ("Coventry") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel (Doc. No. 26).  Per Coventry Institutional Investor Group's Notice (Doc. No. 35), there is no opposition to Coventry's motion.  Accordingly, IT IS this **6th day of April 2010**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Amended Motion of the County of York Employees Retirement Plan for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel (Doc. No. 18) is **DENIED AS MOOT**;

2. Motion of the Massachusetts Public Pension Funds for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. No. 19) is **DENIED AS MOOT**; AND

3. Coventry Institutional Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel (Doc. No. 26) is **GRANTED**.

_____/s/_____
Alexander Williams, Jr.
United States District Judge
