UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE COVENTRY HEALTHCARE, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File: 8:09-cv-2337 (AW)<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, defendants hereby move for dismissal of the Consolidated Amended Class Action Complaint in the above-captioned matter. In support thereof, defendants rely upon the attached Memorandum of Law and exhibits thereto, which are incorporated herein by reference.

Respectfully submitted,

Dated: July 22, 2010

/s/ Marc J. Sonnenfeld

Marc J. Sonnenfeld (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
Facsimile: 215.963.5001

Grace E. Speights
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.739.3000
Fax: 202.739.3001

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2010, true copies of the foregoing Motion to Dismiss and supporting Memorandum of Law with attached exhibits, Request for Hearing, and Proposed Order were served on the following counsel via the Court's ECF system.

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747

*Lead Counsel for Plaintiffs*

BROWN, GOLDSTEIN & LEVY LLP
DANIEL F. GOLDSTEIN (01036)
DANA W. MCKEE (04447)
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

*Liaison Counsel*

SCHWARZWALD McNAIR & FUSCO LLP
EBEN O. McNAIR IV
616 Penton Media Building 1300
East Ninth Street
Cleveland, OH 44114-1503

LABATON SUCHAROW LLP
JONATHAN GARDNER
140 Broadway
New York, NY 10005

*Additional Counsel for Plaintiffs*

Jason H. Wilson