# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

CHAMBERS OF                                              6500 CHERRYWOOD LANE
ALEXANDER WILLIAMS, JR.                                  GREENBELT, MARYLAND, 20770

UNITED STATES DISTRICT JUDGE                             301/344-0637
                                                        301/344-0672


                            AUGUST 2, 2011

MEMO TO COUNSEL RE:               PLUMBERS LOCAL No. 98 DEFINED PENSION
                                  FUND, *et al.*
                                         v.
                                  COVENTRY HEALTH CARE, *et al.*
                                  (8:09-cv-2337-AW)

Dear Counsel:

Pending before the Court is Defendant Coventry Health Care's Motion for Reconsideration (Doc. No.
62). The Court has also received a joint correspondence from the parties regarding a dispute over the
putative class period in this matter.  (Doc. No. 67). The Court will hold a telephonic hearing on these
matters on August 18, 2011 at 11:00 AM.  The Court directs the Defendant to initiate the conference call
to the Court. If any problems arise, please contact chambers at (301)344-0637.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is
directed to docket it accordingly.


                                         Sincerely,


                                         _____/s/_____
                                         Alexander Williams, Jr.
                                         United States District Judge