_____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

OCT 2 9 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| In re COVENTRY HEALTHCARE, INC. SECURITIES LITIGATION | ) Master File No. 8:09-cv-02337-AW ) ) CLASS ACTION |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) |

[PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES

884320_1

This matter having come before the Court on October 28, 2013, on the application of Lead Counsel for an award of attorneys' fees and expenses incurred in the above-captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement dated May 20, 2013 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 27.5% of the Settlement Fund, plus expenses in the amount of $35,526.97, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4. The fees shall be allocated among other Plaintiffs' Counsel by Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution and resolution of the above-captioned action.

5.  The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶7.2 thereof which terms, conditions and obligations are incorporated.

IT IS SO ORDERED.

DATED: October 29, 2013

THE HONORABLE ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2013.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: drosenfeld@rgrdlaw.com

884320_1

# Mailing Information for a Case 8:09-cv-02337-AW Plumbers Local No. 98 Defined Benefit Pension Fund v. Coventry Health Care Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Mario Alba , Jr
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Erin W Boardman
  eboardman@rgrdlaw.com

- Jonathan Gardner
  jgardner@labaton.com

- Alana Fran Genderson
  agenderson@morganlewis.com

- Daniel Frank Goldstein
  dfg@browngold.com,tt@browngold.com,dma@browngold.com

- Dana Whitehead McKee
  dwm@browngold.com,snb@browngold.com,amay@browngold.com

- Eben Orlando McNair , IV
  emcnair@smcnlaw.com

- Thomas Joseph Minton
  tminton@charmcitylegal.com

- Karen Pieslak Pohlmann
  kpohlmann@morganlewis.com

- David Avi Rosenfeld
  drosenfeld@rgrdlaw.com

- Samuel Howard Rudman
  srudman@rgrdlaw.com

- Daniel Stephen Sommers
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- Marc J Sonnenfeld
  msonnenfeld@morganlewis.com

- Grace E Speights

gspeights@morganlewis.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)